Jodi K. Swick No. 228634
**EDISON, McDOWELL & HETHERINGTON LLP**
1 Kaiser Plaza, Suite 1010
Oakland, CA 94612
Telephone:    510.628.2145
Facsimile:    510.628.2146
Email          jodi.swick@emhllp.com

Thomas F.A. Hetherington TX Bar No. 24007359 *(pro hac vice to be submitted)*
tom.hetherington@emhllp.com
Blaire B. Johnson TX Bar No. 24064968 *(pro hac vice to be submitted)*
blaire.johnson@emhllp.com
**EDISON, McDOWELL & HETHERINGTON LLP**
3200 Southwest Freeway, Suite 2100
Houston, TX 77027
Telephone:   713.337.5580
Facsimile:   713.337.8850

Attorneys for Defendant
THE GUARDIAN INSURANCE AND
ANNUITY COMPANY, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BATCHELOR<br><br>　　　Plaintiff,<br><br>　　　　　　v.<br><br>GUARDIAN INSURANCE AND<br>ANNUITY COMPANY, INC. and DOES 1-<br>10,<br><br>　　　Defendants. | Case No. 3:15-cv-4013-JCS<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT (LR 6-1(a))**<br><br>Removal Filed: September 2, 2015<br>Hon Joseph C. Spero |

**TO THE COURT:**

Pursuant to Local Rule 6-1(a), and by consent of counsel in writing, Plaintiff Richard Batchelor ("Plaintiff") and Defendant The Guardian Insurance and Annuity Company, Inc. ("Guardian") stipulate as follows:

1.      On or about July 27, 2015, Plaintiff filed a civil action against Guardian in the Superior Court of the State of California for the County of Contra Costa, Case No. C15-01300. Notice of Removal [Doc. No. 1], Exhibit 1.

2.     Guardian was served on or about August 3, 2015.  Declaration of Jodi K. Swick [Doc. No. 1-2],  ¶ 2.

3.     Guardian removed this case to the United States District Court for the Northern District of California on September 2, 2015.  Notice of Removal [Doc. No. 1].

4.     Guardian's deadline to answer, move or otherwise respond to Plaintiff's Complaint is September 9, 2015.

5.     Plaintiff has agreed that Guardian may have an extension of twenty-two (22) days, or until **October 1, 2015**, to answer, move, or otherwise respond to Plaintiff's Complaint.

Dated: September 9, 2015.

STIPULATED TO BY:

EDISON, McDOWELL & HETHERINGTON LLP

By: /s/ Jodi K. Swick

     Jodi K. Swick
     Thomas F.A. Hetherington*
     Blaire B. Johnson*
     *pro hac vice applications to be submitted

Dated: 9/10/15



Attorneys for Defendant
THE GUARDIAN INSURANCE AND ANNUITY COMPANY, INC.

MILES & WESTBROOK

By: /s/ Joel M. Westbrook   (w/ permission)
     Brian B. Mills
     Joel M. Westbrook

Attorneys for Plaintiff
RICHARD BATCHELOR