UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD BATCHELOR**, <br> Plaintiff, <br> v. <br> **GUARDIAN INSURANCE AND ANNUITY COMPANY, INC.**, <br> Defendant. | Case No. 15-cv-04013-YGR <br><br> **ORDER DENYING MOTION TO DISMISS AS MOOT** <br><br> Re: Dkt. No. 12 |

On October 1, 2015, defendant filed a Motion to Dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(1).  (Dkt. No. 12.)

On October 15, 2015, plaintiff filed an amended complaint pursuant to Federal Rule of Civil Procedure 15(a)(1)(B).  (Dkt. No. 14.)  In light of the filing of the amended complaint, the Motion to Dismiss is **DENIED** as moot.  The hearing set for November 10, 2015 is therefore **VACATED**.

This Order terminates Docket Number 12.

**IT IS SO ORDERED.**

Dated: October 20, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**