Brian B. Miles, Esq., SBN 191136
Joel M. Westbrook, Esq., SBN 196578
MILES & WESTBROOK
1407 Oakland Blvd., Suite 200
Walnut Creek, CA  94596
Telephone:  (925) 938-4500
Facsimile:  (925) 938-7007

Attorneys for Plaintiff
RICHARD BATCHELOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD BATCHELOR, an individual, | CASE NO. 4:15-cv-04013-YGR |
| Plaintiff, | **STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT GUARDIAN INSURANCE AND ANNUITY COMPANY, INC.** |
| v. | |
| GUARDIAN INSURANCE AND ANNUITY COMPANY, INC. and DOES 1 through 10, inclusive, | |
| Defendants. | |

**IT IS HEREBY STIPULATED** by and between Plaintiff RICHARD BATCHELOR and Defendant GUARDIAN INSURANCE AND ANNUITY COMPANY, INC. that the above-entitled action is hereby dismissed **with prejudice** against GUARDIAN INSURANCE AND ANNUITY COMPANY, INC.

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear its own attorneys' fees and costs.

MILES & WESTBROOK
1407 Oakland Blvd.,
Suite 200
WALNUT CREEK, CA 94596

- 1 -

STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT GUARDIAN INSURANCE AND ANNUITY COMPANY, INC.

Dated: May 6, 2016

       /s/ Joel M. Westbrook
**MILES & WESTBROOK**
By: Joel M. Westbrook
Attorneys for Plaintiff
RICHARD BATCHELOR

Dated: May 6, 2016

       /s/ Jodi K. Swick
**EDISON, McDOWELL & HETHERINGTON, LLP**
By: Jodi K. Switch
Attorneys for Defendants
GUARDIAN INSURANCE AND ANNUITY COMPANY, INC.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

_____     Dated: May 9, 2016
**The Honorable Yvonne Gonzalez Rogers**
**United States District Court**
**Northern District of California**

MILES & WESTBROOK
1407 Oakland Blvd.,
Suite 200
WALNUT CREEK, CA 94596

- 2 -
STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANT GUARDIAN INSURANCE AND ANNUITY COMPANY, INC.